JUNE 7, 2016

COURT OF CRIMINAL APPEALS
OF TEXAS
SUPREME COURT BUILDING
P.O. BOX 12308
AUSTIN TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2016

Clerk

RE: EX PARTE, Ricardo Velazquez V. THE STATE OF TEXAS,
in CAUSE NO. 05-14-01609-CR

Dear Clerk Mr. Abel Acosta,

First of all, I want to thank You, THIS Honorable
Court of Criminal Appeals, For Granting me an extension
for my Petition to be fulfilled.
Sir, on this date I have Already mailed my PETITION
FoR DISCRETIONARY REVIEW To The COURT OF APPEALS
for the FIFTH DISTRICT OF TEXAS, Clerk Lisa MATZ.
You should be recieving a copy from them as should be
done. Mr. Abel Acosta, I Felt obligated, and with
So much Respect, to let You know where I am at
at this Point so my time don't run out.

Sir. Mr. Acosta, Again I SAY Very truly,
Thank You for Your Very Kind Assistance In this
matter.

sincerely;

Ricardo Velazquez 6/7/16
Ricardo Velazquez
TDCJ NO. 1977529
William G. McConnell unit
3001 S. Emily Drive.
Beeville, Texas 78102